UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO HERNANDEZ, | ) | Case No. CV 07-7489 JVS(JC) |
| Plaintiff, | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| WARDEN HARRISON, et al., | ) ) | JUDGE |
| Defendants. | ) ) ) | |
| _____ | | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Motion for Summary Judgment filed by defendants Medical Training Assistant Parga, R.N. Donnelly, Dr. Fortaleza, R.N. Fernandez and Dr. Ofoegbu (the "Joint Motion"), the Motion for Summary Judgment filed by defendant Dr. Cassim ("Defendant Cassim's Motion"), plaintiff's Opposition to the Joint Motion/ Request for Continuance ("Rule 56(f) Request"), all of the other documents submitted by the parties in connection with the pending motions, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

1       IT IS HEREBY ORDERED:  (1) Plaintiff's Rule 56(f) Request is denied;
2 and (2) the Joint Motion and Defendant Cassim's Motion are granted.
3       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
4 the United States Magistrate Judge's Report and Recommendation on plaintiff and
5 on defendants' counsel.
6       IT IS SO ORDERED.

8       DATED: March 20, 2009

                                        _____
                                        HONORABLE JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE

2