UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN HARRISON, et al.,<br><br>Defendant. | Case No. CV 07-7489 JVS(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that this action is dismissed without prejudice as against defendant Dr. Wegbo Anthony Echendu in his individual capacity.

IT IS FURTHER ORDERED that: (1) Judgment be entered dismissing this action without prejudice as against defendants Echendu, N. Grannis, Warden Harrison, Medical Training Assistant D. Johnson, and Facility Captain/Appeals Examiner C. Hall in their individual capacities; and (2) Judgment be entered dismissing this action with prejudice as against all defendants in official capacities

///

1  and as against defendants, Medical Training Assistant Parga, R.N. Donnelly, Dr.
2  Cassim, Dr. Fortaleza, R.N. Fernandez, and Dr. Ofoegbu in their individual
3  capacities.
4       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
5  the United States Magistrate Judge's Report and Recommendation on the parties to
6  this action.
7       IT IS SO ORDERED.
8       DATED: August 20, 2009

*/s/ James V. Selna*

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE