UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN HARRISON, et al.,<br><br>　　　　　Defendants. | Case No. CV 07-7489 JVS(JC)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) this action is dismissed without prejudice as against defendants Echendu, N. Grannis, Warden Harrison, Medical Training Assistant D. Johnson, and Facility Captain/Appeals Examiner C. Hall in their individual capacities; and (2) this action is dismissed with prejudice as against all defendants in their official capacities and as against defendants Medical Training Assistant Parga, R.N. Donnelly, Dr. Cassim, Dr. Fortaleza, R.N. Fernandez, and Dr. Ofoegbu in their individual capacities.

IT IS SO ORDERED.

DATED: August 20, 2009

　　　　　　　　　　　　_____
　　　　　　　　　　　　HONORABLE JAMES V. SELNA
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE